In the Matter of Supplementary Proceedings: THE BANK OF UNITED STATES v. ISIDOR H. PANKIN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.; Cohn, J., taking no part.

In the Matter of the Application of the GUARANTY TRUST COMPANY OF NEW YORK, as Executor, etc., of EDNA B. MOORE, Otherwise Known as EDNA B. TWEEDY, Deceased, for a Decree Determining the Validity and Effect of a Certain Election by RAYMOND W. MOORE, to Take an Intestate Share against the Provisions of Said Will under Section 18 of the Decedent Estate Law. RAYMOND W. MOORE. GUARANTY TRUST COMPANY OF NEW YORK, as Executor, etc. ALICE T. CRUNDEN. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Estate of PELAGIE SCHOONMAKER, Deceased. MATHIEU FRERE and Others. JAMES F. EGAN, Public Administrator of the County of New York, and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SOL WEISMAN v. PEARL WEISMAN.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

JOHN L. DUDLEY v. MEYSON HOLDING CORPORATION.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MAURICE GINSBURG v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Untermyer, Cohn and Callahan, JJ.

CLARA GOLDSTEIN, as Executrix, etc., of ISRAEL GOLDSTEIN, Deceased, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Dore and Cohn, JJ.